# Court of Appeals
# of the State of Georgia

ATLANTA,  June 11, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2135. SYLVESTER SCOTT TAYLOR v. THE STATE.**

Sylvester Scott Taylor was indicted for murder, felony murder, and other crimes. The trial court found him in contempt for using profanity and raising his voice during a pretrial appearance, and Taylor appealed to this Court.

If the underlying action is a murder case, the Supreme Court has jurisdiction over the appeal, "regardless of whether the order being appealed is based on facts having some bearing on the underlying criminal trial." *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009); see *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/11/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.